Matthew F. Archbold (CA SBN 210369)
e-mail: matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: david@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

MATTHEW NORTON & ASSOCIATES
John M. Norton, Bar No. 158937
4105 East Broadway, Suite 190
Long Beach, California  90803
Telephone: (562) 433-3208

Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CHANG-LUNA; and ESTEBAN SOLIS,<br><br>          Plaintiffs,<br>     vs.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation;<br>ULTA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 17-cv-00363-AWI-SKO<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>[CLASS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 23, AND COLLECTIVE ACTION PURSUANT TO 29 USC §216(b)] |

        / / / /

        / / / /

1
STIPULATION TO CONTINUE SCHEDULING CONFERENCE

Plaintiffs Kelly Chang-Luna and Esteban Solis, as represented by their counsel, David D. Deason of Deason & Archbold, and Defendants Ulta Salon, Cosmetics & Fragrance, Inc. and Ulta, Inc., as represented by their counsel John C. Kloosterman of Littler Mendelson, P.C., hereby enter into the following stipulation ("Stipulation"):

WHEREAS, Plaintiffs' counsel became aware, via counsel for Defendants, that a Notice of a Class Action Settlement was on the verge of distribution in a matter with redundant claims to the instant action;

WHEREAS, the Parties engaged in ongoing discussions after the Notice of Settlement was distributed, and continue to engage in those discussions today, about potential settlement of some of Plaintiffs' individual claims and/or the impact the Class Settlement will have on the class allegations in the instant case;

WHEREAS, the discussions between the Parties are/were intended to avoid duplicative litigation, thus pairing down the claims in the instant matter, and resulting in the filing and service of an Amended Complaint;

WHEREAS, Plaintiffs were uncertain until after the Notice of Settlement was distributed how much, if any, class claims would remain; and

WHEREAS, Plaintiffs delayed service of the Complaint until June 2nd to address these issues and anticipate filing and serving an Amended Complaint within the next three (3) weeks to narrow the class allegations and eliminate some of the causes of action.

WHEREAS, counsel for both Parties will be out of the country for the next several weeks, with Defendant's counsel not scheduled to return until June 19th.

////
////

1. NOW, THEREFORE, the parties hereto stipulate as follows:

    1. That the Scheduling Conference in this matter be continued from June 20, 2017 to July 18, 2017, or any more convenient date thereafter that is more convenient for the Court.

    **The undersigned counsel for Plaintiff, David D. Deason, certifies that concurrence in this document was obtained from each of the counsel below prior to filing.**

DATED: June 2, 2017                    DEASON & ARCHBOLD


                                       By: s/ David D. Deason
                                           David D. Deason
                                           Attorneys for Plaintiffs

DATED: June 2, 2017                    LITTLER MENDELSON, P.C.


                                       By: By: s/ John C. Kloosterman
                                           John C. Kloosterman
                                           Attorneys for Defendants
                                           Ulta Salon, Cosmetics & Fragrance, Inc.
                                           and Ulta, Inc.