Matthew F. Archbold (CA SBN 210369)
e-mail: matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
e-mail: david@yourlaborlawyers.com
DEASON & ARCHBOLD
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Telephone: (949) 794-9560

MATTHEW NORTON & ASSOCIATES
John M. Norton, Bar No. 158937
4105 East Broadway, Suite 190
Long Beach, California 90803
Telephone: (562) 433-3208

Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CHANG-LUNA; and ESTEBAN SOLIS, <br><br> Plaintiffs, <br> vs. <br><br> ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation; <br> ULTA, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 17-cv-00363-AWI-SKO <br><br> **ORDER RE JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE** <br><br> **(Doc. 4)** <br><br> [CLASS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 23, AND COLLECTIVE ACTION PURSUANT TO 29 USC §216(b)] |

Pursuant to the Parties' Joint Stipulation to Continue the Scheduling Conference (Doc. 4), the Court Orders as follows:

1. That the Scheduling Conference in this matter be **CONTINUED from June 20, 2017 to August 8, 2017, at 9:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto**; and

2. The parties shall file their Joint Scheduling Report by no later than August 1, 2017.

IT IS SO ORDERED.

Dated:  **June 5, 2017**                          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE